# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH DORAZIO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:14-CV-00183-GZS |
| ) | |
| STATE OF MAINE, et al., ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 14) filed November 13, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, Petitioner's Petition for habeas relief under 28 U.S.C. § 2254 is **DISMISSED**. In addition, no certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

                                                                                  /s/ George Z. Singal
                                                                                  United States District Judge

Dated this 11th day of December, 2014.